JOSH COLE AICKLEN
Nevada Bar No. 007254
Josh.aicklen@lewisbrisbois.com
HAROLD J. ROSENTHAL
Nevada Bar No. 010208
Harold.Rosenthal@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendant BROOKS BROTHERS GROUP INC. dba BROOKS BROTHERS FACTORY OUTLET

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PAULA REGINA, individually,<br><br>    Plaintiff,<br><br>vs.<br><br>BROOKS BROTHERS GROUP, INC. d/b/a BROOKS BROTHERS FACTORY OUTLET; and DOES I through X, inclusive; and ROE CORPORATIONS I through V, inclusive;<br><br>    Defendants. | Case No. 2:15-cv-01094-JCM-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between Plaintiff PAULA REGINA, and Defendant BROOKS BROTHERS GROUP, INC. d/b/a BROOKS BROTHERS FACTORY OUTLET (collectively referred to as the "Parties"), by and through their counsel of record, hereby stipulate as follows:

1. The case shall be dismissed with prejudice, including all cross-claims, counter-claims, and third-party claims, with the Parties to bear their own individual costs and attorneys' fees.

2. That the trial scheduled in this matter shall be **VACATED**; and

/ / /

4822-9560-0180.1

3. That the Parties may obtain the return of their jury demand fees, if any, previously submitted to the Court.

HEREBY STIPULATED TO BY THE FOLLOWING COUNSEL OF RECORD:

DATED this 12th day of July, 2016.  DATED this 14th day of July, 2016.

ATKINSON WATKINS HOFFMANN          LEWIS BRISBOIS BISGAARD & SMITH LLP

By:                                By:
MATTHEW W. HOFFMANN                JOSH COLE AICKLEN
Nevada Bar No. 009061              Nevada Bar No. 007254
10789 W. Twain Ave., Suite 100     HAROLD J. ROSENTHAL
Las Vegas, NV 89135                Nevada Bar No. 010208
Attorneys for Plaintiff            6385 S. Rainbow Boulevard,
PAULA REGINA                       Suite 600
                                   Las Vegas, Nevada 89118
                                   Attorneys for Defendant
                                   BROOKS BROTHERS GROUP, INC.
                                   dba BROOKS BROTHERS FACTORY
                                   OUTLET

ORDER

IT IS SO ORDERED.

DATED July 20, 2016.

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

LEWIS BRISBOIS BISGAARD & SMITH LLP

By_____
JOSH COLE AICKLEN
Nevada Bar No. 007254
HAROLD J. ROSENTHAL
Nevada Bar No. 010208
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendant BROOKS BROTHERS
GROUP, INC. dba BROOKS BROTHERS
FACTORY OUTLET